**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Deangelo JOHNSON, Defendant–**
**Appellant.**

No. 08–15927
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 2009.

Deangelo Johnson, Jonesville, VA, pro se.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before MARCUS, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Michael T. Mullings, appointed counsel for Deangelo Johnson in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Johnson's conviction and sentence are **AFFIRMED.**